JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDUARDO VELLANOWETH,        ) | Case No. CV 10-3105 (MLG) |
|                            ) | |
|              Plaintiff,    ) | JUDGMENT |
|                            ) | |
|          v.                ) | |
|                            ) | |
| MICHAEL J. ASTRUE,         ) | |
| Commissioner of the        ) | |
| Social Security            ) | |
| Administration,            ) | |
|                            ) | |
|              Defendant.    ) | |
|                            ) | |

     IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.


DATED:  December 6, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge